CLAYTON B. JONES and Another v. OBCANSKZ ZALOZNA V KARLINE.— Motion granted, on condition that plaintiffs on or prior to July 18, 1929, file a bond in the sum of $5,000 in support of the warrant of attachment heretofore obtained

by the plaintiffs, in addition to the two bonds submitted by the plaintiffs totalling the sum of $10,000. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.